# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3397

_____

Leslie P. McCloud,     *
        *
     Appellant,     *
        *    Appeal from the United States
   v.          *    District Court for the
        *    Eastern District of Arkansas.
Stant Manufacturing,     *
        *    [UNPUBLISHED]
     Appellee.     *

_____

Submitted: July 23, 1999
Filed: July 29, 1999

_____

Before BEAM, LOKEN, and MORRIS SHEPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Leslie P. McCloud appeals from the district court's[1] grant of summary judgment to his employer, Stant Manufacturing, in his action asserting race discrimination and retaliation claims. After de novo review, we affirm for the reasons stated by the district court in its thorough order. See 8th Cir. Rule 47B.

_____

[1]The Honorable Susan Webber Wright, Chief Judge, United States District Court for the Eastern District of Arkansas.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.